No. 598. CELLULOID COMPANY *v.* COMMONWEALTH OF MASSACHUSETTS. November 1, 1926. Petition for a writ of certiorari to the Supreme Judicial Court of the State

of Massachusetts denied. *Mr. Joseph Larocque* for petitioner. *Messrs. Jay R. Benton*, Attorney General of Massachusetts, and *Alexander Lincoln* for respondent.